# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIOBHAN DONEGAN, | CIVIL ACTION NO. 3:11-cv-812 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| IRENE LIVINGSTON, TERRE FEINBERG, and FREDERICK MILL, | |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of July, 2012, **IT IS HEREBY ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 14) is **GRANTED** as follows:

1. Plaintiff's claim for unlawful arrest (Count I) is **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claim for violation of freedom of association (Count II) is **DISMISSED WITH PREJUDICE**;

3. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and they are **DISMISSED WITHOUT PREJUDICE** to re-file in state court; and

4. The Clerk of Court is directed to mark this case as **CLOSED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge