**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SIOBHAN DONEGAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-cv-812 |
| v. | |
| IRENE LIVINGSTON, TERRE FEINBERG, and FREDERICK MILL, | (JUDGE CAPUTO) |
| Defendants. | |

## **ORDER**

**NOW**, this 15th day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiff Siobhan Donegan's Motion for Reconsideration (Doc. 22) is **DENIED**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge