**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SIOBHAN DONEGAN,

     Plaintiff,

       v.

IRENE LIVINGSTON, TERRE
FEINBERG, and FREDERICK MILL,

     Defendants.

CIVIL ACTION NO. 3:11-cv-812

(JUDGE CAPUTO)

<u>ORDER</u>

    **NOW**, this 15th day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiff Siobhan

Donegan's Motion for Reconsideration (Doc. 22) is **DENIED**.


     /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge